■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LUBRANO, Appellant.—Judgment of the County Court, Nassau County (Delin, J.), rendered July 14, 1982, affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL MALDONADO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered October 6, 1983, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence adduced amply supported a finding that the defendant did not have to use deadly physical force to avoid an attack by the deceased (see, Penal Law § 35.15; People v Doctor, 98 AD2d 780). Accordingly, the jury's rejection of the defense of justification should not be disturbed (see, People v Malizia, 62 NY2d 755, cert denied 469 US 932).

We find no merit to the defendant's remaining contention. Mangano, J. P., Gibbons, Niehoff and Spatt, JJ., concur.